IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable R. Brooke Jackson

Civil Action No. 12-cv-02358-RBJ

ROBERT LINO and CAROL LINO,

    Plaintiffs,

v.

EL PASO-LOS ANGELES LIMOSINE EXPRESS,

    Defendant.

ORDER SETTING TRIAL AND FINAL PRETRIAL/TRIAL PREPARATION CONFERENCE

This matter has been scheduled for a **five-day jury trial** on the docket of Judge R. Brooke Jackson in the U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado, to commence on **December 2, 2013 at 9:00 a.m.**

A Final Pretrial/Trial Preparation Conference is set for **November 8, 2013 at 1:00 p.m.** Counsel who will try the case shall attend in person.

During the Final Pretrial/Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial. The parties are directed to email their proposed jury instructions in Word format to Jackson_chambers@cod.uscourts.gov at least 48 hours in advance of the Trial Preparation Conference.

For additional information, please review my practice standards located at

www.cod.uscourts.gov/Judges/Judges.aspx.

DATED this 29th day of November, 2012.

BY THE COURT:

/s/ Brooke Jackson
_____
R. Brooke Jackson
United States District Judge