**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 1:12-cv-02358-RM**

ROBERT LINO and CAROL LINO,

    Plaintiffs,

v.

EL PASO-LOS ANGELES LIMOUSINE EXPRESS,

    Defendant.

**ORDER GRANTING STIPULATED MOTION TO DISMISS WITH PREJUDICE**

The Court, having reviewed the Stipulated Motion to Dismiss and being fully advised, hereby ORDERS as follows:

1. The parties' Stipulated Motion to Dismiss is GRANTED;

2. The above-captioned matter is DISMISSED WITH PREJUDICE; and

3. Each party shall bear his/her or its own costs and attorneys' fees.

Dated this 24th day of June, 2013.

                BY THE COURT:

                _____
                Raymond P. Moore
                United States District Judge